1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   LOURDES VILLEGAS, individually on behalf  )  Case No. CV 12-00915 LHK
     of herself and all other similarly situation,  )
13                                             )  [PROPOSED] ORDER ENTERING
                                               )  STIPULATION TO EXTEND TIME FOR
14                    Plaintiff,               )  DEFENDANT POINTROLL, INC. TO
                                               )  RESPOND TO COMPLAINT
15          vs.                                )
                                               )
16   GOOGLE, INC., a Delaware Corporation; and )  Assigned to:  Judge Lucy H. Koh
     POINTROLL, INC., a Delaware Corporation,  )
17                                             )  Complaint Filed:  February 23, 2012
                                               )
18                    Defendants.              )
     _____ )

19

20          Upon request and consistent with the Stipulation to Extend Time for Defendant

21   PointRoll, Inc. to Respond to Complaint, filed by Plaintiff Lourdes Villegas ("Villegas") and

22   Defendant PointRoll, Inc. ("PointRoll") on March 16, 2012, the Court orders that the date for

23   PointRoll to respond to the complaint by answer, motion or otherwise is extended until April 27,

24   2012.

25          IT IS SO ORDERED.

26      Dated:   March  20  , 2012                    _Lucy H. Koh_____

27                                                    Lucy H. Koh
                                                      United States District Court Judge
28

---

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
Case No. CV 12-00915 LHK