Alan C. Raul (Pro Hac Vice)
araul@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendant
PointRoll, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOURDES VILLEGAS, individually on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE, INC. a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation<br><br>Defendants. | Case No. CV 12-00915 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN C. RAUL *PRO HAC VICE* |

1  Alan C. Raul, whose business address and telephone number is SIDLEY AUSTIN LLP, 1501 K Street, NW, Washington, D.C. 20005, (202) 736-8000 and who is an active member in good standing of the following:

U.S. Court of Appeals, 2nd Circuit (Admitted 10/9/2009);

U.S. Court of Appeals, 3rd Circuit (Admitted 1/10/2003);

U.S. Court of Appeals, 4th Circuit (Admitted 9/26/94);

U.S. Court of Appeals, 9th Circuit (1/29/1991);

U.S. Court of Appeals, 10th Circuit (Admitted 7/23/99);

U.S. Court of Appeals, 11th Circuit (Admitted 4/29/96);

U.S. Court of Appeals, D.C. Circuit (Admitted 6/8/82);

U.S. Court of Appeals, Federal Circuit (Admitted 4/25/88);

U.S. District Court, District of Columbia (Admitted 12/1/86);

U.S. Supreme Court - (Admitted 10/5/88);

District Court for the Southern District of NY – (Admitted 3/20/01);

District of Columbia Bar – (Admitted 6/21/82);

New York Bar – (Admitted 1/18/82),

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant PointRoll, Inc. in the above-captioned matter.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 1-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 26, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh