1  Edward R. McNicholas (Pro Hac Vice)
   emcnicholas@sidley.com
2  SIDLEY AUSTIN LLP
   1501 K Street, NW
3  Washington, DC 20005
   Telephone: (202) 736-8000
4  Facsimile: (202) 736-8711

5  Carol Lynn Thompson (SBN 148079)
   cthompson@sidley.com
6  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
7  San Francisco, CA 94104
   Telephone: (415) 772-1200
8  Facsimile: (415) 772-7400

9  Attorneys for Defendant
   PointRoll, Inc.

RECEIVED
MAR 19 2012
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**ORIGINAL**

| | |
|---|---|
| LOURDES VILLEGAS, individually on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br>v.<br>GOOGLE, INC. a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation<br>Defendants. | Case No. CV 12-00915 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF EDWARD R. McNICHOLAS *PRO HAC VICE* |

Edward R. McNicholas, whose business address and telephone number is SIDLEY AUSTIN LLP, 1501 K Street, NW, Washington, D.C. 20005, (202) 736-8000 and who is an active member in good standing of the following:

Maryland, 1996;

U.S. District Court for the District of Maryland, 1996;

U.S. Court of Appeals for the Fourth Circuit, 1996;

District of Columbia, 1998

U.S. Court of Appeals for the Fifth Circuit, 1998;

U.S. District Court for the District of Columbia, 1999;

U.S. Court of Appeals for the District of Columbia Circuit, 2002;

U.S. Court of Appeals for the Ninth Circuit, 2002;

U.S. Supreme Court, 2004;

U.S. District Court for the Eastern District of Michigan, 2004;

U.S. Court of Appeals for the First Circuit, 2005,

U.S. Court of Appeals for the Second Circuit, 2005,

U.S. Court of Appeals for the Sixth Circuit, 2006,

U.S. District Court for the Central District of Illinois, 2007;

U.S. Court of Appeals for the Tenth Circuit, 2008,

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant PointRoll, Inc. in the above-captioned matter.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 1-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 26, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh