Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Sabrina Ross (SBN 267035)
sbross@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Alan Charles Raul (*pro hac vice*)
araul@sidley.com
Edward R. McNicholas (*pro hac vice*)
emcnicholas@sidley.com
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8497
Facsimile: (202) 736-8711

Attorneys for Defendant PointRoll, Inc.

Brian R. Strange (SBN 103252)
lacounsel@earthlink.net
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Joseph H. Malley (*not admitted*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH MALLEY
1045 North Zang Boulevard
Dallas, TX 75208
Telephone: (214) 943-6100

Attorneys for Plaintiff Lourdes Villegas

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LOURDES VILLEGAS, individually on behalf of herself and all other similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 12-00915 LHK<br><br>**STIPULATION REGARDING TIME FOR DEFENDANT POINTROLL, INC. TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER** |

Plaintiff Lourdes Villegas ("Villegas") and Defendant PointRoll, Inc. ("PointRoll") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, PointRoll was served with the complaint in this action on March 7, 2012;

WHEREAS, the Parties entered into a stipulation providing that PointRoll's deadline to respond to the Complaint should be extended until April 27, 2012 (the "Extension");

WHEREAS, the Parties subsequently entered into a stipulation providing that "All proceedings and deadlines in the above-captioned action are stayed until forty five (45) days after the JPML rules on the MDL Motion or until further order of this Court or the MDL Transferee Court" and "This stay shall encompass Google's and PointRoll's deadlines to answer, move to dismiss, or otherwise respond to the Complaint" (the "Stay Stipulation");

WHEREAS, the Parties intended that PointRoll's deadline to respond to the Complaint would be governed by the Stay Stipulation, rather than the Extension;

WHEREAS, on March 20, 2012, the Court entered an order, pursuant to the Stay Stipulation, providing in part that "All proceedings and deadlines in the above-captioned action are stayed until forty five (45) days after the JPML rules on the MDL Motion or until further order of this Court or the MDL Transferee Court" and "This stay shall encompass Google's and PointRoll's deadlines to answer, move to dismiss, or otherwise respond to the Complaint" (Dkt. No. 22, the "Stay Order");

WHEREAS, later on March 20, 2012, the Court, pursuant to the Extension, entered an order providing that PointRoll's deadline to respond to the Complaint shall be extended until April 27, 2012 (Dkt. No. 23);

WHEREAS, the Parties wish to make clear that it was their intention that PointRoll's deadline to respond to the Complaint be governed by the Stay Order (as entered by the Court as Dkt. No. 22), not the Extension (as entered by the Court as Dkt. No. 23);

NOW THEREFORE the Parties HEREBY STIPULATE AND AGREE that the date for PointRoll to respond to the Complaint in this matter shall be governed by the Stay Order (Dkt. No. 22) and be stayed until forty five (45) days after the JPML rules on the MDL Motion or until further

2

**STIPULATION REGARDING TIME FOR DEFENDANT POINTROLL, INC. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER, CASE NO. CV 12-00915 PSG**

order of this Court or the MDL Transferee Court.

Dated: April 2, 2012					STRANGE & CARPENTER


							By: /s/ Brian R. Strange
							Brian R. Strange (SBN 103252)
							lacounsel@earthlink.net
							STRANGE & CARPENTER
							12100 Wilshire Boulevard
							Suite 1900
							Los Angeles, CA
							Telephone: (310) 207-5055
							Facsimile: (310) 826-3210

							Joseph H. Malley (*not admitted*)
							malleylaw@gmail.com
							LAW OFFICE OF JOSEPH MALLEY
							1045 North Zang Boulevard
							Dallas, TX 75208
							Telephone: (214) 943-6100


							Attorneys for Plaintiff Lourdes Villegas

Dated: April 2, 2012					SIDLEY AUSTIN LLP



							By: /s/ Carol Lynn Thompson

3

**STIPULATION REGARDING TIME FOR DEFENDANT POINTROLL, INC. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER, CASE NO. CV 12-00915 PSG**

| | |
|---|---|
| 1 | Carol Lynn Thompson (SBN 148079) |
| 2 | cthompson@sidley.com |
| | Sabrina Ross (SBN 267035) |
| 3 | sbross@sidley.com |
| | SIDLEY AUSTIN LLP |
| 4 | 555 California Street, Suite 2000 |
| | San Francisco, California 94104-1715 |
| 5 | Telephone: (415) 772-1200 |
| | Facsimile: (415) 772-7400 |

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Sabrina Ross (SBN 267035)
sbross@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Alan Charles Raul (*pro hac vice*)
araul@sidley.com
Edward R. McNicholas (*pro hac vice*)
emcnicholas@sidley.com
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8497
Facsimile: (202) 736-8711

Attorneys for Defendant PointRoll, Inc.

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Carol Lynn Thompson, attest that concurrence in the filing of this document has been obtained from Brian Strange.

By:   /s/ Carol Lynn Thompson
       Carol Lynn Thompson

4

# [~~PROPOSED~~] ORDER

The above stipulation having been considered and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2012

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE